FILED'10 NOV 08 12:44USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MONTE WES MCMULLEN by TINA HOUTESON, | Civil No. 6:09-CV-01007-AA |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on

_____, 2010.

DATED this ___8___ day of __November__ 2010.

_____
UNITED STATES DISTRICT JUDGE

Page 1   JUDGMENT - [6:09-CV-01007-AA]